**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOSHUA GONZALEZ,**

     **Plaintiff,**

**v.**                                 **Case No. 4:26-cv-129-AW-MJF**

**FLORIDA STATE HOSPITAL,**

     **Defendant.**

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Plaintiff has not complied with court orders, has not paid the filing fee, has not prosecuted the case, and has not objected to the magistrate judge's report and recommendation (ECF No. 21), which recommends dismissal on those bases. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court order, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on July 29, 2026.

s/ *Allen Winsor*
Chief United States District Judge